UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 41586
  MARY L PALTON

                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-3031

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/09/2004 and was confirmed 03/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/07/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICASH LOANS LLC | UNSEC W/INTER | 641.32 | 64.37 | 285.42 |
| FORD MOTOR CREDIT | SECURED | .00 | .00 | .00 |
| A ALL FINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDIT UNION 1 | UNSEC W/INTER | NOT FILED | .00 | .00 |
| DEVON FINANCIAL SERVICE | UNSEC W/INTER | 491.82 | 49.60 | 218.72 |
| PAYDAY LOAN CORP OF ILLI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SAHARA HOTEL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WOMENS WORKOUT WORLD COR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICASH LOANS LLC | UNSEC W/INTER | 894.40 | 89.63 | 398.15 |
| COMCAST | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMCAST | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 5364.08 | 536.62 | 2388.42 |
| ZALUTSKY & PINSKI LTD | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 364.07 |
| DEBTOR REFUND | REFUND | | | .00 |

                Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,789.00 | |
| PRIORITY | | 194.00 |
| SECURED | | .00 |
| UNSECURED | | 3,290.71 |
| INTEREST | | 740.22 |
| ADMINISTRATIVE | | 2,200.00 |
| TRUSTEE COMPENSATION | | 364.07 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 6,789.00 | 6,789.00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 41586 MARY L PALTON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE